DENNIS J. MURPHY, an Infant, by MARY E. MURPHY, His Guardian ad Litem, Respondent, *v.* UNITED STATES LACE CURTAIN MILLS, Appellant.

*Murphy* v. *U. S. Lace Curtain Mills*, 134 App. Div. 990, affirmed.
(Submitted January 25, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*A. T. Clearwater* for appellant.

*G. D. B. Hasbrouck* and *William D. Brinnier* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

SAMUEL SHAW, Respondent, *v.* THE CITY OF LOCKPORT, Appellant.

*Shaw* v. *City of Lockport*, 136 App. Div. 913, affirmed.
(Argued January 25, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*William S. Caton* for appellant.

*S. Wallace Dempsey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.